IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOSEPH N. ANDERSON                                                                           PLAINTIFF

v.                            Case No. 4:12CV00092 JMM-JTK

MICHAEL J. ASTRUE, *Commissioner*,
Social Security Administration                                                               DEFENDANT

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this ___4___ day of __June__, 2012.

_____
James M. Moody
UNITED STATES DISTRICT JUDGE