IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOSEPH N. ANDERSON                                                                                        PLAINTIFF

v.                          Case No. 4:12CV00092 JMM-JTK

MICHAEL J. ASTRUE, *Commissioner*,
Social Security Administration                                                                        DEFENDANT

# JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that Plaintiff's complaint is DISMISSED with prejudice.

SO ADJUDGED this   4   day of   June  , 2012.

_____
James M. Moody
United States District Judge